IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.                                        Case No. 4:20-cr-40014

DELSHON TYOUS                                                                             DEFENDANT

**O R D E R**

      **BEFORE** the Court is the Motion to Modify Conditions of Pre-trial Release filed herein by Defendant **DELSHON TYOUS**. ECF No. 29. The Motion was referred to the undersigned for Decision. The Government has not formally responded. The parties have presented the Court with an agreed resolution of the issues raised in the Motion to Modify.[1] The Court has considered the recommendation of the parties and consulted with the supervising United States Probation Officer and finds that no hearing is necessary.

      It is **ORDERED** the Motion to Modify Conditions of Pre-trial Release filed herein by Defendant (ECF No. 29) is **GRANTED.** The Order setting Conditions of Release (ECF No. 27) is hereby modified as follows:

      (q) The defendant shall participate in the Stand-Alone location monitoring program. During this time, Defendant will remain in the Western District of Arkansas/Bowie County, Texas and shall not leave except when such leave is approved in advance by the probation office. Overnight travel for employment purposes will be allowed with approval from the probation office. The defendant shall wear a location monitoring device that will include Global Positioning System.

---

[1] By email to the Court dated February 26, 2021, the parties recommended to the court that Defendant's pre-trial release conditions be modified to require "stand-alone" location monitoring to allow him to continue his current employment.

The previous requirement of a curfew is therefore withdrawn. All other conditions of release, except as modified above, shall remain in full force and effect.

**SIGNED** this **1st day of March 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE