### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### TEXARKANA DIVISION

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**v.**                                                    **Case No. 4:20-cr-40014**

**DELSHON TYOUS**                                                               **DEFENDANT**

### O R D E R

**BEFORE** the Court is the Petition for Action on Conditions of Pre-trial Release filed herein by the United States Probation office.  ECF No. 36. The Government has not formally responded. On August 3, 2021, an initial appearance was held on the Petition.  ECF No. 40. Defendant did not enter a plea to the allegations in the Petition for Action on Conditions of Pretrial Release and said Petition is taken under advisement at this time.  The parties consented to the following modification of the conditions of Pretrial Release.

**IT IS ORDERED** the Order setting Conditions of Release (ECF No. 27) is hereby modified:

**(q) The defendant shall be subject to a curfew and restricted to the residence of the Third-Party Custodian, Ms. Validean Sims, every day from 12:00 a.m. to 6:00 a.m.  The defendant shall wear a location monitoring device that will include Global Positioning System monitoring.**

The previous requirement of a standalone location monitoring (ECF No. 31) is therefore withdrawn.  All other conditions of release, except as modified above, shall remain in full force and effect.

**SIGNED** this **3rd day of August 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S.  MAGISTRATE JUDGE