IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 4:20CR40014-001
)
DELSHON MARICE TYOUS )

## FINAL ORDER OF FORFEITURE

On September 20, 2021, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 49). In the Preliminary Order of Forfeiture, a HS Produkt (IM Metal), model XD45 .45 ACP caliber semi-automatic pistol with a serial number of US628258, was forfeited to the United States pursuant to Title 18 U.S.C. §§ 924(d) and 3665.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On November 1, 2021, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. The deadline for filing claims was November 21, 2021. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on September 20, 2021, shall become final at this time.

IT IS SO ORDERED this 15th day of March, 2022.

_____
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE