Case 4:20-cr-40014-SOH   Document 60   Filed 12/13/23   Page 1 of 1 PageID #: 167

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br>DELSHON MARICE TYOUS | )<br>)<br>)<br>)  Case No: 4:20CR40014-001<br>)  USM No: 14866-509<br>) |
| Date of Original Judgment: 03/15/2022<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )  Matthew Hill<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __40__ months **is reduced to** __32 months__ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __03/15/2022__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 12/13/2023

Judge's signature: *Susan O. Hickey*

Effective Date: 02/01/2024
*(if different from order date)*

The Honorable Susan O. Hickey, Chief U.S. District Judge
*Printed name and title*